Colm A. Moran (SBN 202685)
cmoran@shb.com
Robert E. Feyder (SBN 130688)
rfeyder@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Tel: (424) 285-8330
Fax: (424) 204-9093

Attorneys for Defendants
VOLVO CAR TECHNOLOGY USA LLC and
POLESTAR AUTOMOTIVE USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AIDEN AUTOMOTIVE TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CAR GROUP; VOLVO CAR TECHNOLOGY FUND AB; VOLVO CAR CORPORATION, a corporation; VOLVO CAR TECHNOLOGY USA LLC; a California limited liability company; ZENSEACT; POLESTAR AUTOMOTIVE USA, INC., a Delaware corporation; HÅKAN SAMUELSSON, an individual; ÖDGÄRD ANDERSSON, an individual; HENRIK GREEN, an individual; MARIA HEMBERG, an individual; MATS MOBERG, an individual; SANELA IBROVIC, an individual; PÄR ARVIDSSON, an individual; BOBBYKIN MAKWANA, an individual; JOAKIM ALPSTEN, and individual; MÅRTEN LEVENSTAM, an individual; PATRIK BENGTSSON, an individual; DENNIS NOBELIUS, an individual, an individual DOES 1-100, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00390<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS' VOLVO CAR TECHNOLOGY USA LLC AND POLESTAR AUTOMOTIVE USA, INC.**<br><br>[Filed concurrently with Notice of Removal; Civil Case Cover Sheet]<br><br>[Santa Clara County Superior Court, Case No. 21CV389918]<br><br>Complaint filed on October 15, 2021 |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

    Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, Removing Defendants Volvo Car Technology USA LLC and Polestar Automotive USA, Inc. ("Removing Defendants") certify that, in addition to the named parties, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Zhejiang Geely Holding Group Co., Ltd.
- Volvo Car AB
- Polestar Performance AB
- Volvo Cars of North America, LLC
- Syed Mubeen Saifullah
- Niclas Gyllenram
- Jonas Fenn

Dated: January 20, 2022

Respectfully Submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Robert E. Feyder*
    COLM A. MORAN
    ROBERT E. FEYDER

Attorneys for Defendants
VOLVO CAR TECHNOLOGY USA LLC and
POLESTAR AUTOMOTIVE USA, INC.