UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COYOTE VALLEY BAND OF POMO INDIANS, a federally recognized Indian tribe,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT FINDLETON, doing business as Terre Construction and On-Site Equipment; ANN C. MOORMAN, Judge of the Superior Court of Mendocino County, California, in her official capacity; SAVINGS BANK OF MENDOCINO COUNTY, a California corporation; JOHN AND JANE DOES 1-10; ABC CORPORATIONS 1-10; and XYZ LLCs 1-10,<br><br>Defendants. | Case No. 4:22-cv-00607-JST<br>Assigned to Hon. Jon S. Tigar<br><br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES FOR MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR LEAVE TO DEPOSIT PROPERTY WITH THE COURT**<br><br><br>Complaint Filed: January 31, 2022<br>Trial Date: Not set |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

[PROPOSED] ORDER

4860-5520-3085v1/000000-2737   Case No. 4:22-cv-00607-JST

**[PROPOSED] ORDER**

WHEREAS, plaintiff Coyote Valley Band of Pomo Indians ("Coyote Valley") and defendant Ann C. Moorman, Judge of the Superior Court of California, County of Mendocino ("Judge Moorman"), having jointly moved to continue the deadlines to oppose and reply to Coyote Valley's Motion for Preliminary Injunction (Doc. 9) and Motion for Leave to Deposit Property with the Court (Doc. 7) in this action, and for good cause appearing in the supporting Declaration of Sean Thomas Lobb in support thereof, the following is adopted:

The Court GRANTS a nine (9) day continuance of the deadlines to oppose and to reply to Coyote Valley's Motion for Preliminary Injunction (Doc. 9) and Motion for Leave to Deposit Property with the Court (Doc. 7). Judge Moorman's oppositions to both motions are due February 23, 2022; Plaintiff's reply briefs are due March 3, 2022; and the Court will still hold a hearing on both Motions on March 24, 2022.

**IT IS SO ORDERED.**

Dated: February __11__, 2022        By: _____
                                        JON S. TIGAR
                                        United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
[PROPOSED] ORDER

4860-5520-3085v1/000000-2737                           Case No. 4:22-cv-00607-JST